IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02823-BNB

DALE P. ARMELIN,

    Plaintiff,

v.

PATRICK R. DONAHOE, Postmaster General, and
UNITED STATES POSTAL SERVICES,

    Defendants.

## ORDER DRAWING CASE

Following the Court's review pursuant to D.C.COLO.LCivR 8.1C, this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED November 10, 2011, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge